IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Vanda Lawanda Johnson, ) | |
| Plaintiff, ) | |
| ) | C.A. No.: 4:11-cv-02325-RBH |
| vs. ) | |
| ) | **O R D E R** |
| Secretary U.S. Depart. of Labor, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the court on Plaintiff's *pro se* civil complaint.

On November 7, 2011, this court adopted the Report and Recommendation by Magistrate Judge Thomas E. Rogers, III, that the plaintiff's motion to proceed *in forma pauperis* should be denied. *See* Order (Dkt. # 27, filed November 7, 2011). Plaintiff was ordered to pay the filing fee within thirty (30) days from the date of the order "or this action will be dismissed for lack of prosecution." More than thirty (30) days have passed and the plaintiff has failed to pay the filing fee[1].

Therefore, this matter is dismissed without prejudice.

**IT IS SO ORDERED**.

December 22, 2011           s/ R. Bryan Harwell
Florence, South Carolina    United States District Judge

---

[1] Plaintiff has filed several letters with attached documents which do not pertain to her failure to pay the filing fee.